| | | | |
|---|---|---|---|
| CHINS: W.D. v. Indiana Department of Child Services | 66 N.E.3d 1006 | 02/16/2017 | Transfer denied. All Justices concur. |
| Kaylor v. State | 68 N.E.3d 1130 | 02/23/2017 | Transfer denied. All Justices concur. |
| Best v. State | 69 N.E.3d 951 | 02/23/2017 | Transfer denied. All Justices concur. |
| Hernandez v. State | 68 N.E.3d 624 | 02/23/2017 | Transfer denied. All Justices concur. |
| Strong v. State | 68 N.E.3d 1132 | 02/23/2017 | Transfer denied. All Justices concur. |
| McSwain v. State | 65 N.E.3d 646 | 02/23/2017 | Transfer denied. All Justices concur. |
| Green v. State | 68 N.E.3d 1130 | 02/23/2017 | Transfer denied. All Justices concur. |
| Towne v. State | 68 N.E.3d 626 | 02/23/2017 | Transfer denied. All Justices concur. |
| State v. Trisler | 68 N.E.3d 622 | 02/23/2017 | Transfer denied. All Justices concur. |
| Golden v. State | 68 N.E.3d 1130 | 02/23/2017 | Transfer denied. All Justices concur. |
| Godsey v. State | 68 N.E.3d 624 | 02/23/2017 | Transfer denied. All Justices concur. |
| Vidal v. State | 68 N.E.3d 1129 | 02/23/2017 | Transfer denied. All Justices concur. |
| Colbert v. State | 69 N.E.3d 952 | 02/23/2017 | Transfer denied. All Justices concur. |
| Wilson v. Lawless | 64 N.E.3d 838 | 02/23/2017 | Transfer denied. All Justices concur. |
| McCollugh v. Noblesville Schools | 63 N.E.3d 334 | 02/23/2017 | Transfer denied. All Justices concur. |
| Zeller v. Indiana Fire Prevention and Building Safety Comm. | 66 N.E.3d 1007 | 02/23/2017 | Transfer denied. All Justices concur. |
| City of Terre Haute v. Bass Enterprises LLC | 66 N.E.3d 1006 | 02/23/2017 | Transfer denied. All Justices concur. |
| Dugonjic v. State | 68 N.E.3d 625 | 02/23/2017 | Transfer denied. All Justices concur. |
| Sweeney v. Long | 68 N.E.3d 1127 | 02/23/2017 | Transfer denied. All Justices concur. |
| Honeycutt v. State | 69 N.E.3d 953 | 02/23/2017 | Transfer denied. All Justices concur. |
| White v. Reimer | 61 N.E.3d 301 | 02/23/2017 | Transfer denied. All Justices concur. |
| Montgomery v. State | 68 N.E.3d 626 | 02/23/2017 | Transfer denied. All Justices concur. |
| Zamarron v. State | 59 N.E.3d 365 | 02/23/2017 | Transfer denied. All Justices concur. |
| Hale v. Joseph | 61 N.E.3d 402 | 02/23/2017 | Transfer denied. All Justices concur. |
| MR v. Indiana Department of Child Services | 66 N.E.3d 1009 | 02/23/2017 | Transfer denied. All Justices concur. |